# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

MARY DICKENS,

        Plaintiff,                    Case No. 1:09-cv-294

vs.

                                       Judge Michael R. Barrett
                                       Magistrate Judge Timothy S. Black

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

## REPORT AND RECOMMENDATION[1] THAT: (1) PLAINTIFF'S COMPLAINT BE DISMISSED; AND (2) THIS CASE BE CLOSED

The Court previously entered a Show Cause Order in this matter, and advised Plaintiff that her complaint would be dismissed if she failed to timely comply with the Order. (*See* Doc. 8). *See also Link v. Wabash R.R.,* 370 U.S. 626 (1962); *Walker v. Dallman*, No. 92-3817, 1993 U.S. App. LEXIS 4661, at *3-4 (6th Cir. Mar. 4, 1993). Plaintiff's Statement of Errors should have been filed on or before August 10, 2009. Plaintiff has yet to file a Statement of Errors. Additionally, the deadline set forth in the Show Cause Order has passed without a responsive filing.

Accordingly, the undersigned **RECOMMENDS** that Plaintiff's complaint (Doc. 3) be **DISMISSED** for lack of prosecution and this case **CLOSED**.

**DATE:** March 12, 2010                      s/ Timothy S. Black
                                                        Timothy S. Black
                                                        United States Magistrate Judge

---

[1] Attached hereto is a NOTICE to the parties regarding objections to this Report and Recommendation.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| MARY DICKENS, | : | Case No. 1:09-cv-294 |
| | : | |
| Plaintiff, | : | Judge Michael R. Barrett |
| | : | Magistrate Judge Timothy S. Black |
| vs. | : | |
| | : | |
| COMMISSIONER OF | : | |
| SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within **14 DAYS** after being served with this Report and Recommendations. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's objections within **14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See United States v. Walters,* 638 F. 2d 947 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140 (1985).